UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE ANGEL LOPEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-11-353 |
| | § | |
| ALLIS-CHALMERS ENERGY INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is "Defendants' Motion for Reconsideration of the Court's February 8, 2012 Order" (D.E. 16). The Motion is **DENIED**.

ORDERED this 17th day of February, 2012.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE