UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE ANGEL LOPEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-11-353 |
| | § | |
| ALLIS-CHALMERS ENERGY INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is "Defendants' Response to Plaintiffs' Motion to Extend Opt-In Deadline and Opposed Motion to Reconsider Court Order Regarding Same" (D.E. 171). After due consideration, the Motion is DENIED.

ORDERED this 3rd day of August, 2012.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE