AO 435
(Rev. 03/08)

**Administrative Office of the United States Courts**

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

*Please Read Instructions:*

| 1. NAME Elvin Ramos | 2. PHONE NUMBER 212-513-3590 | 3. DATE 8/2/12 |
| 4. MAILING ADDRESS Holland & Knight 31 W. 52nd St | 5. CITY N Y | 6. STATE NY | 7. ZIP CODE 10019 |
| 8. CASE NUMBER 2:12 CIV. 74 | 9. JUDGE mg Judge Owsley | DATES OF PROCEEDINGS |
| | | 10. FROM 5/11/12 | 11. TO 5/11/12 |
| 12. CASE NAME Dillendorff v. Grand China | LOCATION OF PROCEEDINGS |
| | 13. CITY Corpus Christi | 14. STATE |

**15. ORDER FOR**

☐ APPEAL          ☐ CRIMINAL          ☐ CRIMINAL JUSTICE ACT          ☐ BANKRUPTCY

☐ NON-APPEAL     ☒ CIVIL             ☐ IN FORMA PAUPERIS            ☐ OTHER *(Specify)*

**16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | United States Courts Southern District of Texas FILED |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | AUG - 3 2012 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) Motion | David J. Bradley, Clerk of Court |
| ☐ SENTENCING | | Hearing | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☒ | NO. OF COPIES | | |
| DAILY | ☐ | ☒ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| **CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional). | **ESTIMATE TOTAL** | |
|---|---|---|
| 18. SIGNATURE *Elvin Ramos* | ☒ EMAIL ONLY REQUIRED ☐ EMAIL AND HARD COPY REQUIRED | |
| 19. DATE 8/2/12 | ☐ EMAIL ADDRESS: Elvin.Ramos@hklaw.com | |

**20. TRANSCRIPT TO BE PREPARED BY**

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY