Aug. 31. 2012 11:12AM    Family Medicine Clinic                      No. 8016   P. 1
Case 2:11-cv-00353   Document 195   Filed in TXSD on 08/31/12   Page 1 of 2
Case 2:11-cv-00353   Document 92   Filed in TXSD on 04/20/12   Page 7 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE ANGEL LOPEZ, *et al*, | § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. C-11-353 |
| ALLIS-CHALMERS ENERGY INC., *et al*, | § § | |
| Defendants. | § § | |

### NOTICE OF CONSENT

I hereby consent to become a party plaintiff in the lawsuit brought pursuant to the Fair Labor Standards Act (FLSA) to recover unpaid wages and overtime from my current and/or former employer, Archer Tubular Services LLC, formerly known as Allis-Chalmers Tubular Services LLC.

Full Legal Name (print): Jose Juan Solis

Street Address: 312 W Mulberry

City, State, and Zip Code: Pearsall Tx 78061

Phone: 830-317-7651

Aug. 31. 2012 11:12AM    Family Medicine Clinic    No. 8016    P. 2
Case 2:11-cv-00353   Document 195   Filed in TXSD on 08/31/12   Page 2 of 2
Case 2:11-cv-00353   Document 92   Filed in TXSD on 04/20/12   Page 8 of 8

I am represented by: Tara Hoelscher

| |
|---|
| Firm Name (print): Jose J Salas |
| Street Address: 312 W. Mulberry |
| City, State, and Zip Code: Pearsall Tx 78061 |
| Phone: 830 317-7651 |

_____
Signature

8-31-12
Date

Return this form to:    Clerk, United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

8/8