IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE ANGEL LOPEZ, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-CV-00353 |
| | § | |
| ALLIS-CHALMERS ENERGY INC., et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Pursuant to Local Rule 16.3, Plaintiffs and Defendants notify the Court that the parties have reached an agreement in principle to resolve this matter. Among other things, the agreement calls for the parties to prepare and submit to the Court in the near future a joint motion for approval of the settlement agreement terms. In the meantime, to facilitate settlement, the parties respectfully request that the Court vacate the current trial setting and scheduling order deadlines.

/s/Roger S. Braugh, Jr.
Roger S. Braugh, Jr.
**Attorney-in-Charge**
Federal I.D. No. 21326
Texas Bar No. 00796244
Craig M. Sico
Federal I.D. No. 13540
Texas Bar No. 18339850
**SICO, WHITE, HOELSCHER & BRAUGH, L.L.P**
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
Telephone: 361/653-3300
Facsimile: 361/653-3333
rbraugh@swbtrial.com
csico@swbtrial.com

**ATTORNEYS FOR PLAINTIFFS**

        Michael J. Muskat
        **Attorney-in-Charge**
        Federal I.D. No. 22816
        Texas Bar No. 24002668
        **MUSKAT, MARTINEZ & MAHONY, LLP**
        1201 Louisiana Street, Suite 850
        Houston, Texas 77002
        Telephone: 713/987-7850
        Facsimile: 713/987-7854
        MMuskat@m3law.com

        Jorge C. Rangel
        Federal I.D. No. 5698
        Texas Bar No. 16543500
        jorge.c.rangel@rangellaw.com
        **THE RANGEL LAW FIRM, P.C.**
        615 N. Upper Broadway, Suite 2020
        Corpus Christi, Texas 78477
        Telephone: 361/883-8500
        Facsimile: 361/883-2611

        **ATTORNEYS FOR DEFENDANTS ALLIS-CHALMERS ENERGY INC., ALLIS-CHALMERS TUBULAR SERVICES LLC F/K/A ALLIS-CHALMERS TUBULAR SERVICES, INC., ARCHER TUBULAR SERVICES LLC, ARCHER DRILLING LLC, ALLIS-CHALMERS MANAGEMENT LLC, ARCHER UNDERBALANCED SERVICES LLC, ARCHER PRODUCTION AND COMPLETION SERVICES LLC, ARCHER DIRECTIONAL DRILLING SERVICES LLC, AND ARCHER RENTAL SERVICES LLC**

### CERTIFICATE OF SERVICE

    I hereby certify that the foregoing has been filed on this the 6th day of February, 2013, pursuant to the electronic filing requirements of the United States District Court for the Southern District of Texas which provides for service of counsel of record in accordance with the electronic filing protocols in place.

                /s/Michael J. Muskat
                MICHAEL J. MUSKAT