IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE ANGEL LOPEZ, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:11-CV-00353 |
| ALLIS-CHALMERS ENERGY INC., et al., | § § § | |
| Defendants. | § § | |

## ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT

The Court has considered the Agreed Motion for Preliminary Approval of the settlement reached by the parties in this matter. The Court hereby:

1. Grants preliminary approval of the parties' settlement agreement;

2. Approves the Class Notice attached as Exhibit A to the parties' Agreed Motion;

3. Approves the Claim Form attached as Exhibit B to the Agreed Motion;

4. Accepts the appointment of Heffler, Radetich & Saitta LLP as the claims administrator for the settlement and authorizes Defendants (through the claims administrator and according to the process set out in the settlement agreement) to mail the Class Notice and, where applicable, the Claim Form to Eligible Class Members (as defined in the settlement agreement) in the manner described in the settlement agreement; and

5. Schedules a hearing for final approval of the settlement to occur on November 6 2013 at 9:30 a.m./p.m. [to occur no earlier than November 1, 2013], at which time Eligible Class Members may be heard and final approval of the settlement will be considered.

Case 2:11-cv-00353   Document 205   Filed in TXSD on 04/05/13   Page 2 of 2

Signed this 5th day of April, 2013, in Corpus Christi, Texas.

_____
The Honorable Nelva Gonzales Ramos
United States District Judge